# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 27, 2023

## NO. 03-22-00314-CV

**Eureka Holdings Acquisitions, L.P., Appellant**

**v.**

**Marshall Apartments, LLC, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND JONES**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the order signed by the trial court on April 27, 2022. Eureka Holdings Acquisitions, L.P. filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.